Form 12

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs.** KAVOHN TAYLOR                                      **Docket No.** 3:02CR00072(AWT)

## PETITION ON PROBATION AND SUPERVISED RELEASE

      **COMES NOW** Charmaine R. Harkins, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Kavohn Taylor who was sentenced to 70 months' imprisonment for a violation of 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute, and to Distribute 5 Grams or More of Cocaine Base, by the Honorable Alvin W. Thompson, United States District Judge, sitting in the court at Hartford, Connecticut on April 15, 2004, who fixed the period of supervision at five years which commenced on November 17, 2006 and imposed the general terms and conditions theretofore adopted by the court. Special conditions include: 1) The defendant shall participate in a substance abuse treatment program,

cont. on page 2.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
The defendant is being cited for violating the following conditions of supervised release:

**Mandatory Condition:  "The defendant shall not commit another federal, state or local crime."** On May 6, 2008, in South Windsor, Connecticut the defendant was arrested by the East Central Narcotics Task Force (ECNTF) and the South Windsor and Manchester, Connecticut Police Departments and charged with Possession of a Cocaine, in violation of Ct. General Statute 21a-279a; Possession with Intent to Sell Cocaine, in violation of Ct. General Statute 21a-277a; Possession of Drugs within 1500 feet of a School, in violation of Ct General Statute 21a-279d; Possession of Drugs with Intent to Sell within 1500 feet of a school, in violation of Ct. General Statute 21a-278(a)(b) and Interfering with a Police Officer, in violation of Ct. General Statute 53a-167a. According to the attached incident report, Mr. Taylor had been selling crack cocaine since February 7, 2008 and was monitored on four subsequent occasions.  As a result of those sales,  police sought 5 arrest warrants. On the date of his arrest, Mr. Taylor was in possession of 8.6 grams of "crack cocaine," which he had hidden in his buttocks, as well as $688 in U.S. currency.  Mr. Taylor was arraigned in Manchester Superior Court on May 7, 2008 and is scheduled to appear in Court again on June 5, 2008 under docket number H12MCR080216862-S.  He is being held on a $75,000 bond at the Hartford Correctional center (HCC). Evidence in support of this arrest is found in report number # P200801514 by Officer David Gesualdi, Badge # 161.

**Standard Condition: - "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance except as prescribed by a physician."**  Since February 7, 2008,  Mr. Taylor has been engaged in drug transaction, which is in direct violation of the above condition. Evidence in support of this arrest is found in report number # P200801514 by Officer David Gesualdi, Badge # 161.

**Standard Condition: - "The defendant shall answer truthfully all inquiries by the probation officer and follow the instruction of the probation officer."** Since his office visit on February 29, 2008, Mr. Taylor has been canvassed during subsequent office visits on March 13, 2008 and April 17, 2008, about his associations and activities.  He has informed the probation officer on each occasion that he has not been involved in any illegal behavior.

Cont.

which may be either inpatient or outpatient, and may include random testing, and the details as to the selection of the program shall be approved by the U.S. Probation Office; the defendant shall pay all or part of the costs associated with substance abuse treatment based on his ability to pay as approved by the U.S. Probation Office and 2) The defendant shall perform 250 hours of community service at the rate of 50 hours per year, at a program approved by the U.S. Probation Office.

Mr. Taylor's supervision is scheduled to terminate on November 16, 2011.

**Standard Condition:"The defendant shall report to the probation officer as direction and shall submit a truthful and complete written report within the first five days of each month."** Mr. Taylor failed to submit his March and April WMR's as instructed and was not truthful on his February WMR.

        **PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a warrant lodged as a detainer.

**ORDER OF COURT**

Considered and ordered this 12 day of May 2008 and ordered filed and made a part of the records in the above case.

_The Honorable Alvin W. Thompson, USDJ_

The Honorable Alvin W. Thompson
United States District Judge

Sworn to By

_Charmaine R. Harkins_
Charmaine R. Harkins
United States Probation Officer

Place Hartford, Connecticut

Date May 12, 2008

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this 12 day of May 2008 at Hartford, Connecticut, Charmaine R. Harkins, U.S. Probation Officer appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

/s/ Alvin W. Thompson, USDJ
The Honorable Alvin W. Thompson
United States District Judge